# Exhibit A









